IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00246-CR

 

Bennie Lee Nevels, Jr.,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 82nd District Court

Falls County, Texas

Trial Court No. 7868

 



MEMORANDUM  Opinion



 








            Bennie Lee Nevels, Jr. brings this
appeal from an order denying his motion for postconviction DNA testing under
Chapter 64 of the Code of Criminal Procedure.  The trial court signed the order
Nevels challenges on April 9, 2008.  Nevels filed his notice of appeal by
mailing it to the Clerk of this Court on July 14.  See Tex. R. App. P. 9.2(b).  We will
dismiss the appeal because it is untimely.

            Article 64.05 provides in pertinent
part that an appeal of an adverse order under Chapter 64 “is to a court of
appeals in the same manner as an appeal of any other criminal matter.”  Tex. Code Crim. Proc. Ann. art. 64.05
(Vernon 2006).  Thus, an appealing party under article 64.05 must file a notice
of appeal within thirty days after entry of the order to properly invoke the
jurisdiction of the court of appeals.  See Swearingen v. State, 189
S.W.3d 779, 780-81 (Tex. Crim. App. 2006) (citing Tex. R. App. P. 25.2(b), 26.2(a)(1)).

            In response to a notice from the
Clerk, Nevels explained that he did not file his notice of appeal sooner
because he did not know that the trial court had signed the order denying his
motion.  In civil cases, Rule of Civil Procedure 306a(4) extends the deadline
for the filing of the notice of appeal when a party does not receive notice of
the judgment within twenty days.  Tex.
R. Civ. P. 306a(4).  However, there is no comparable provision for
criminal cases.

Nevels filed his notice of appeal more than ninety
days after entry of the order he is challenging.  Therefore, because the notice of appeal is untimely, we
dismiss the appeal.  Id.

 

FELIPE REYNA

Justice

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal dismissed

Opinion delivered and
filed August 13, 2008

Do not publish

[CR25]